UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GWENDOLYN MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC,<br><br>Defendants. | 4:19-CV-04112-KES<br><br><br>JUDGMENT |

Under the parties' joint stipulation for dismissal (Docket 13), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated May 4, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE